# EXHIBIT 2 - AUTHENTIC HVN MARK AND SWIMSUIT





## Bra Bikini Top

$95

SWIM HAS ARRIVED! Our bra top offers cup support with adjustable straps for an ideal fit. Pair it with our coordinating bottoms and wrap skirt for a summer ready look.

Cherry Print. This top has our HVN custom made cherry clasp as an additional special detail.

Fits true to size. If you are between sizes, we recommend the larger size. Made in Los Angeles.

Important Care Instructions: Gently hand wash with cold water and immediately lay flat to dry. Do not wash or wear in hot water. Do not tumble dry. To avoid fabric damage, do not fold or scrunch up while damp.

Size:                                                                                           Size Guide

XS    S    M    L    XL    XXL    3XL

Color: Cherry

ADD TO CART

BUY IT NOW

Return Policy

RELATED PRODUCTS

ON SALE

COMPANY

About

Retailers

Press

Harley Viera-Newton

Terms

Privacy

CUSTOMER SUPPORT

Shipping

Returns & Exchanges

Garment Care

Contact

Subscribe for updates on new styles, new prints, and the HVN journey.

Enter your email address

SUBSCRIBE

HVN © 2021   Terms   Privacy