# EXHIBIT 3 - AUTHENTIC HVN MARK AND SWIMSUIT



