# EXHIBIT 4 - AUTHENTIC HVN MARK AND DRESS





## Kids Laura Cotton Dress

$95

They've arrived! Our first ever dresses for the cuties in your life!

The Kids Smocked Laura is comfortable and airy in a very light stretch cotton. The beauty of this tiny style is that its smocked bodice and adjustable straps allow the dress to be adjusted as the child grows.

Snag a dress for yourself in a coordinating print to match with your tiny BFF!

Blue Cherry, 100% stretch cotton, length hits at the knees

Olympia is 2 years old and wears a size 2 yr

Size Suggestions

Up to 12 months: Take Size 6-12 months

From 18 months - 2 1/2 years old: Take Size 2 yr

From 2 1/2 years old - 4 1/2 years old: Take Size 4 yr

From 4 1/2 years old - 6 1/2 years old: Take Size 6 yr

Reference size guide for measurements, and when in doubt take the larger size if you prefer a longer length

Size:                                                                                           Size Guide

| 6/12 | 2 yr | 4 yr | 6 yr |

Color: Blue Cherry

ADD TO CART

BUY IT NOW

Return Policy

---

RELATED PRODUCTS

RECENTLY VIEWED

COMPANY

About

Retailers

Press

Harley Viera-Newton

Terms

Privacy

CUSTOMER SUPPORT

Shipping

Returns & Exchanges

Garment Care

Contact

Subscribe for updates on new styles, new prints, and the HVN journey.

Enter your email address

SUBSCRIBE

HVN © 2021    Terms    Privacy