# EXHIBIT 5
# COUNTERFEIT HVN GOODS
# SHEIN.COM

