# EXHIBIT 6
# COUNTERFEIT HVN GOODS
# SHEIN.COM

