# EXHIBIT 7
# COUNTERFEIT HVN GOODS
# SHEIN.COM

