# EXHIBIT 8
# COUNTERFEIT HVN GOODS
# DEFENDANT'S SHEIN APP

