# EXHIBIT 9
# COUNTERFEIT HVN GOODS
# DEFENDANT'S SHEIN APP

