USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HVN CLOTHING, INC. and HARLEY VIERA-NEWTON,

                    Plaintiffs,

    -against-

SHEIN DISTRIBUTION CORP.,

                    Defendant.
----------------------------------------------------------------X

21-CV-8852 (GHW) (KHP)

**ORDER ADJOURNING CONFERNCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The hearing in this matter scheduled for **Wednesday, November 3, 2021 at 3:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                November 3, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge