WESLEY M. MULLEN

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

# MEMORANDUM ENDORSED

November 12, 2021

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/21

woodsnysdchambers@nysd.uscourts.gov

VIA CM/ECF AND EMAIL TO CHAMBERS

Re:   HVN Clothing, Inc. et ano. v. Shein Distrib. Corp., No. 21 CV 8852

Your Honor,

I am counsel to the Plaintiffs in this case. The Court set a show cause hearing on Plaintiffs' motion for an injunction, (ECF Doc. 11), for Monday, November 15, 2021, at 9:00 a.m., (ECF Doc. 20).

Following email correspondence with and pursuant to the instructions of Deputy Joseph, I write to request that the hearing be adjourned to Wednesday, November 17, 2021 at 9:00 a.m.

I discussed this matter by email with Ms. Boyajian, counsel for the Defendant, and all parties join in this request.

Respectfully submitted,

Wesley M. Mullen

cc:   All counsel of record (via CM/ECF and email)

---

Application granted. The order to show cause hearing is adjourned to Wednesday, November 17, 2021 at 9:00 a.m. The hearing will be held in Courtroom 12C of the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York.

The Clerk of Court is directed to terminate the motion currently pending at Dkt. No. 27.

SO ORDERED.

Dated: November 12, 2021
New York, New York

GREGORY H. WOODS
United States District Judge

WMULLEN@MULLENPC.COM | (646) 632-3718