USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HVN CLOTHING, INC. and HARLEY VIERA-NEWTON,

                              Plaintiffs,

                 -against-

SHEIN DISTRIBUTION CORP.,

                              Defendant.

-----------------------------------------------------------------X

**21-CV-8852 (GHW) (KHP)**

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for **Thursday, January 27, 2022, at 11:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.

**Please dial (866) 434-5269; access code 4858267.**

       SO ORDERED.

DATED:     New York, New York
                January 6, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge