USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
HVN CLOTHING, INC. and HARLEY VIERA-NEWTON,

                              Plaintiffs,

        -against-

SHEIN DISTRIBUTION CORP.,

                              Defendant.
----------------------------------------------------------------X

**21-CV-8852 (GHW) (KHP)**

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCES**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A series of telephonic Case Management conferences in this matter are hereby scheduled for the following dates. **The parties shall file a joint status letter that includes agenda items one week in advance of each conference. The letters shall be no more than five pages in length.** Counsel is directed to call into the court conference line at the scheduled times. **Please dial (866) 434-5269 Code: 4858267.**

       **Wednesday, April 20, 2022 at 12:00 p.m.**

       **Thursday, May 25, 2022 at 11:00 a.m.**

       **Wednesday, June 29, 2022 at 12:00 p.m.**

       **Thursday, July 21, 2022 at 12:00 p.m.**

       **Thursday, August 18, 2022 at 11:00 a.m.**

       **Thursday, September 22, 2022 at 11:00 a.m.**

       **Thursday, October 20, 2022 at 10:00 a.m.**

       SO ORDERED.

DATED:       New York, New York
                   January 27, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge

2