USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

HVN CLOTHING, INC. and HARLEY VIERA-NEWTON,

                Plaintiffs,

    -against-

SHEIN DISTRIBUTION CORP.,

                Defendant.

----------------------------------------------------------------X

21-CV-8852 (GHW) (KHP)

**ORDER SCHEDULING SETTLEMENT CONFERNCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Wednesday, February 16, 2022 at 2:00 p.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 9, 2022 by 5:00 p.m.**

    SO ORDERED.

DATED:    New York, New York
               January 27, 2022

                                                                          _____
                                                                          KATHARINE H. PARKER
                                                                          United States Magistrate Judge