USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HVN CLOTHING, INC.,

                    Plaintiff,

-against-

SHEIN DISTRIBUTION CORP. et al.,

                    Defendants.

------------------------------------------------------------------X

**21-CV-8852 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 20, 2022, the Court held a case management conference where the Court determined the following deadlines:

(1) Plaintiff is ordered to write a letter to the Court about whether it will proceed with the current first amended complaint ("FAC") or further amend the FAC by May 20, 2022. If Plaintiff chooses to amend the FAC, Plaintiff also must provide proposed dates for filing the amended pleading and any anticipated motion to dismiss.

(2) In anticipation of Plaintiff's intention to file a motion to dismiss Defendant's anticipated crossclaim, the Court set the following briefing schedule: moving party brief due May 27, 2022; opposition motion due June 27, 2022; reply due July 11, 2022. No pre-motion conference shall be required.

(3) In anticipation of Defendants' anticipated 12(b)(2) and 12(b)(6) motions, and in the event no further amended pleading is filed, the Court sets the following briefing schedule: moving brief filed June 7, 2022; opposition due July 7, 2022; reply due July 21, 2022. No pre-motion conference shall be required.

(4) The Court orders a joint submission of the ESI Protocol by May 18, 2022.

Finally, the case management conference scheduled for May 25, 2022, at 11:00 a.m. is hereby converted to an in-person conference in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.

**SO ORDERED.**

DATED:   New York, New York
         April 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge