```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HVN CLOTHING, INC.,

                                            Plaintiff,

-against-

SHEIN DISTRIBUTION CORP.; ZOETOP
BUSINESS CO., LTD. d/b/a SHEIN;
ROADGET BUSINESS PTE, LTD.; FASHION
MARKETING AND MERCHANDISING
GROUP, INC. f/k/a SHEIN FASHION
GROUP, INC.; STYLE LINK LOGISTICS LLC
d/b/a SHEIN; SENBO INTERNATIONAL,
LTD.; JOHN DOE CORP. 1 d/b/a
XINGCHENG BOXUE GARMENT
FACTORY; *and* JOHN DOES 2 through 20,

                                            Defendant.

-------------------------------------------------------------X

1:21-cv-08852-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

By letter dated May 5, 2022, Plaintiff informed the Court that Plaintiff has settled its claims against Defendants Shein Distribution Corp., Roadget Business Pte, Ltd., Style Link Logistics LLC, Zoetop Business Co., Ltd., and Fashion Marketing and Merchandising Group, Inc. (together, the "Settling Defendants"). Accordingly, it is hereby ORDERED that Plaintiff's claims against the Settling Defendants (the "Settled Claims") be dismissed, without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, Plaintiff and Settling Defendants (the "Settling Parties") may submit to the Court their own Stipulation of Settlement and Dismissal of the Settled Claims.[1] Otherwise, within such time Plaintiff may apply by letter for

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the Settling Parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

restoration of the Settled Claims in the event that the settlement is not consummated. Upon such application for reinstatement, the Court shall promptly vacate the dismissal of the Settled Claims, and the Settling Parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall dismiss the Settled Claims with prejudice and without the possibility of an application to vacate the dismissal in the event that Plaintiff has not requested restoration of the Settled Claims within such 30-day period.

The Settling Parties are directed to file a joint status letter no later than June 2, 2022.

The Clerk of Court is directed to remove the names of Settling Defendants from the caption of this case.

SO ORDERED.

Dated: May 13, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge