```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/16/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

HVN CLOTHING, INC.,

                              Plaintiff,

                 -against-

SHEIN DISTRIBUTION CORP.,

                           Defendant.
----------------------------------------------------------------X

**21-CV-8852 (GHW) (KHP)**

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the settlement agreement between Plaintiff and Settling Defendants, the

Case Management Conference scheduled for May 25, 2022 at 11:00 am is adjourned.

The Court requests that Plaintiff file a status letter by May 25, 2022, informing the Court

of the status of the Plaintiff's case against non-settling Defendants Senbo International, Ltd.

and John Doe Corp. 1, doing business as Xingcheng Boxue Garment Factory.

**SO ORDERED.**

DATED:      New York, New York
             May 16, 2022

                                         *Katharine H Parker*
                              _____
                               KATHARINE H. PARKER
                               United States Magistrate Judge