USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/27/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HVN CLOTHING, INC. and HARLEY VIERA-NEWTON,

                              Plaintiffs,

        -against-

SHEIN DISTRIBUTION CORP.,

                              Defendant.
-----------------------------------------------------------------X

**21-CV-8852 (GHW) (KHP)**

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCES**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on May 26, 2022 (doc. no 78) the following Case Management Conferences are hereby adjourned *sine die*.

    **Wednesday, June 29, 2022 at 12:00 p.m.**

    **Thursday, July 21, 2022 at 12:00 p.m.**

    **Thursday, August 18, 2022 at 11:00 a.m.**

    **Thursday, September 22, 2022 at 11:00 a.m.**

    **Thursday, October 20, 2022 at 10:00 a.m.**

    **SO ORDERED.**

DATED:    New York, New York
               May 27, 2022

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge