UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HVN CLOTHING, INC., <br><br> Plaintiff, <br> vs. <br><br> SHEIN DISTRIBUTION CORP., <br><br> ZOETOP BUSINESS CO., LTD. d/b/a SHEIN; <br><br> ROADGET BUSINESS PTE, LTD.; <br><br> FASHION MARKETING AND MERCHANDISING GROUP, INC. f/k/a SHEIN FASHION GROUP, INC.; <br><br> STYLE LINK LOGISTICS LLC d/b/a SHEIN; <br><br> SENBO INTERNATIONAL, LTD.; <br><br> JOHN DOE CORP. 1 d/b/a XINGCHENG BOXUE GARMENT FACTORY; and <br><br> JOHN DOES 2 through 20, <br><br> Defendants. | Case No. 1:21-cv-08852-GHW-KHP <br><br> **STIPULATION <br> AND [PROPOSED] ORDER <br> OF SETTLEMENT, DISMISSAL, <br> AND VACATUR OF PRELIMINARY <br> INJUNCTION** |
| SHEIN DISTRIBUTION CORP., <br><br> Counter- and Cross-Claim-Plaintiff, <br> vs. <br><br> HVN CLOTHING, INC., and <br><br> HARLEY VIERA-NEWTON, <br><br> Counter- and Cross-Claim-Defendants. | |

Pursuant to Fed. R. Civ. P. 15(a)(2), 21, 41(a)(1)(A)(ii), and/or 65 it is hereby stipulated

between Plaintiff and Counterclaim-Defendant HVN Clothing, Inc., Crossclaim-Defendant Harley

ACTIVE 64898103v2

Viera-Newton (together, "HVN"), Defendant and Counterclaim-Plaintiff Shein Distribution Corporation ("SDC"), and Defendants Zoetop Business Co., Ltd., Roadget Business Pte., Ltd., Fashion Marketing and Merchandising Group, Inc., and Style Link Logistics LLC (collectively with SDC, "Settling Defendants"), that all claims, counterclaims, cross-claims and defenses asserted by any of the undersigned parties against any other undersigned party in the above-captioned action be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees; and that the preliminary injunction entered on November 17, 2021, in the above-captioned action (Dkt. 32) be vacated and dissolved.

| | |
|---|---|
| **MULLEN P.C.** | **GREENBERG TRAURIG, LLP** |
| By: _/s/ Wesley M. Mullen_ | By: _/s/ Nina D. Boyajian (with permission)_ |
| Wesley M. Mullen | Nina D. Boyajian *(Admitted Pro Hac Vice)* |
| Michael S. Weinstock | 1840 Century Park East, Suite 1900 |
| 200 Park Avenue, Ste. 1700 | Los Angeles, CA 90067 |
| New York, NY 10166 | Tel: 310-586-7700 |
| (646) 632-3718 | BoyajianN@gtlaw.com |
| wmullen@mullenpc.com | |
| | Justin A. MacLean |
| *Attorneys for Plaintiff and Counterclaim-Defendant HVN Clothing, Inc. and Crossclaim-Defendant Harley Viera-Newton* | One Vanderbilt Avenue |
| | New York, NY 10017 |
| | Tel: 212-801-3137 |
| | Email: macleanj@gtlaw.com |
| | |
| | *Attorneys for Defendants Shein Distribution Corp., Zoetop Business Co., Ltd., Roadget Business Pte., Ltd.., Fashion Marketing and Merchandising Group, Inc., and Style Link Logistics LLC* |
| Dated: June __, 2022 | |

SO ORDERED:

_____