UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HVN CLOTHING, INC.,<br><br>　　　　　Plaintiff,<br>vs.<br><br>SHEIN DISTRIBUTION CORP.,<br><br>ZOETOP BUSINESS CO., LTD. d/b/a SHEIN;<br><br>ROADGET BUSINESS PTE, LTD.;<br><br>FASHION MARKETING AND MERCHANDISING GROUP, INC. f/k/a SHEIN FASHION GROUP, INC.;<br><br>STYLE LINK LOGISTICS LLC d/b/a SHEIN;<br><br>SENBO INTERNATIONAL, LTD.;<br><br>JOHN DOE CORP. 1 d/b/a XINGCHENG BOXUE GARMENT FACTORY; and<br><br>JOHN DOES 2 through 20,<br><br>　　　　　Defendants. | Case No. 1:21-cv-08852-GHW-KHP<br><br>**STIPULATION<br>AND [PROPOSED] ORDER<br>OF SETTLEMENT, DISMISSAL,<br>AND VACATUR OF PRELIMINARY<br>INJUNCTION** |
| SHEIN DISTRIBUTION CORP.,<br><br>　　　　　Counter- and Cross-Claim-Plaintiff,<br>vs.<br><br>HVN CLOTHING, INC., and<br><br>HARLEY VIERA-NEWTON,<br><br>　　　　　Counter- and Cross-Claim-<br>　　　　　Defendants. | |

　　　　Pursuant to Fed. R. Civ. P. 15(a)(2), 21, 41(a)(1)(A)(ii), and/or 65 it is hereby stipulated

between Plaintiff and Counterclaim-Defendant HVN Clothing, Inc., Crossclaim-Defendant Harley

Viera-Newton (together, "HVN"), Defendant and Counterclaim-Plaintiff Shein Distribution Corporation ("SDC"), and Defendants Zoetop Business Co., Ltd., Roadget Business Pte., Ltd., Fashion Marketing and Merchandising Group, Inc., and Style Link Logistics LLC (collectively with SDC, "Settling Defendants"), that all claims, counterclaims, cross-claims and defenses asserted by any of the undersigned parties against any other undersigned party in the above-captioned action be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees; and that the preliminary injunction entered on November 17, 2021, in the above-captioned action (Dkt. 32) be vacated and dissolved.

MULLEN P.C.

By: _____
Wesley M. Mullen
Michael S. Weinstock
200 Park Avenue, Ste. 1700
New York, NY 10166
(646) 632-3718
wmullen@mullenpc.com

*Attorneys for Plaintiff and Counterclaim-Defendant HVN Clothing, Inc. and Crossclaim-Defendant Harley Viera-Newton*

GREENBERG TRAURIG, LLP

By: _____
Justin A. MacLean
One Vanderbilt Avenue
New York, NY 10017
Tel: 212-801-3137
macleanj@gtlaw.com

Nina D. Boyajian *(Admitted Pro Hac Vice)*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310-586-7700
BoyajianN@gtlaw.com

*Attorneys for Defendants Shein Distribution Corp., Zoetop Business Co., Ltd., Roadget Business Pte., Ltd.., Fashion Marketing and Merchandising Group, Inc., and Style Link Logistics LLC*

Dated: June ___, 2022

SO ORDERED:

_____

2